McGREGOR W. SCOTT
United States Attorney
LAUREL J. MONTOYA
Assistant U.S. Attorney
4401 Federal Courthouse
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:06-cr-00171 OWW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION TO CONTINUE |
| | ) | MOTIONS HEARING AND |
| ERNIE LIPPS, | ) | ORDER THEREON |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective counsel, that the change of plea hearing currently set for February 4, 2008 may be continued to **February 11, 2008 at 9:00 a.m.** as to defendant Ernie Lipps. This request is being made due to the fact that a scheduling conflict has arisen. A signed plea agreement has been filed with the court. The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein

//
//
//
//
//
//

1

for continuity of counsel pursuant to 18 U.S.C. §§ 3161(h)(8)(A), and 3161(h)(8)(B)(I).

| Dated: January 30, 2008 | McGREGOR W. SCOTT<br>United States Attorney |
|---|---|
| | By: /s/ Laurel J. Montoya<br>LAUREL J. MONTOYA<br>Assistant U.S. Attorney |
| Dated: January 30, 2008 | /s/ Steven Crawford<br>STEVEN CRAWFORD<br>Attorney for the Defendant Ernie Lipps |

## ORDER CONTINUING HEARING DATE

IT IS SO ORDERED.  The change of plea hearing is continued to February 11, 2008 at 9:00 a.m.  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A), and 3161(h)(8)(B)(i).

IT IS SO ORDERED.

**Dated:   January 31, 2008**            /s/ Oliver W. Wanger
                                          UNITED STATES DISTRICT JUDGE